People of the State of Illinois, Plaintiff-Appellee, v. Marvin Earl Miller, Defendant-Appellant.

Gen. No. 11,072. (Abstract of Decision.)

Fourth District.

July 15, 1969.

Norbert J. Goetten, of Jerseyville, for appellant; Alvin H. Petitt, State's Attorney of Jersey County, of Jerseyville, for appellee. Opinion by PRESIDING JUSTICE TRAPP. Not to be published in full.